| STATE OF INDIANA | ) | ST. JOSEPH CIRCUIT/SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| ST. JOSEPH COUNTY | ) | CAUSE NO. 71_____-2111-CT-_____ |

71D07-2111-CT-000404

LUCAS A. PACKER,  )
c/o JONES LAW OFFICE LLC  )
224 W. Colfax Avenue, Ste. 100  )
South Bend, IN 46601,  )
      Plaintiff,  )
v.  )
  )
HARRY E. SMITH,  )
18358 COUNTY ROAD 80  )
FRAZEYBURG, OH 43822  )
      and  )
COSHOCTON TRUCKING, INC,  )
441 CLOW LANE  )
COSHOCTON, OH 43812  )
      Defendants.  )

## <u>COMPLAINT FOR DAMAGES AND JURY DEMAND</u>

Plaintiff Lucas A. Packer. by counsel, Andrew B. Jones, in support of his complaint against the above-listed Defendants, states as follows:

1. On August 3, 2021, at approximately 8:56 a.m., Plaintiff was driving a motorcycle and traveling westbound in the far-right lane on Douglas Road in St. Joseph County, Indiana, near the entrance/exit to Sky Zone.

2. On that date and time, Defendant Harry E. Smith was driving a semi-tractor trailer owned by Coshocton Trucking, Inc.

3. At all times relevant to this case, Defendant Harry E. Smith was an employee of Coshocton Trucking, Inc., and acting within the scope of that employment.

4. Defendant Harry E. Smith was traveling westbound on Douglas Road in the left lane near the entrance/exit to Sky Zone.

5.   Defendant Harry E. Smith then made a right turn from the left lane into the path of Plaintiff.

6.   In an effort to avoid direct contact with the Defendant's vehicle, Plaintiff's motorcycle went down in a violent collision with the pavement.

7.   The violent collision described above was caused by the negligence and/or recklessness of Defendants Harry E. Smith and Coshocton Trucking, Inc.

8.   As a direct and proximate result of the negligence and/or recklessness of Defendants Harry E. Smith and Coshocton Trucking, Inc., the Plaintiff has sustained, and in the future will continue to sustain, damages which include, but are not limited to:

    A.   Property damage; and

    B.   Past and future medical bills; and

    C.   Past and future pecuniary damages; and

    D.   Past and future pain and suffering; and

    E.   Scarring and disfigurement; and

    F.   Loss of the ability to function as a whole person.

WHEREFORE, Plaintiff demands:

    1.   Trial by jury.

    2.   The costs of this action.

    3.   Full compensation for the injuries sustained.

    4.   Full compensation for property damage sustained

    6.   Any and all just and proper relief in the premises.

Respectfully Submitted,

JONES LAW OFFICE LLC

*/s/Andrew B. Jones*
Andrew B. Jones (#29686-71)
Attorney for Plaintiff
224 West Colfax Avenue
Suite 100
South Bend, Indiana 46601
(574) 239-7017
andrew@attorney-jones.com

| STATE OF INDIANA | ) | ST. JOSEPH CIRCUIT/SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| ST. JOSEPH COUNTY | ) | CAUSE NO. 71_____-2111-CT-_____ |

LUCAS A. PACKER,                           )                    71D07-2111-CT-000404
c/o JONES LAW OFFICE LLC          )
224 W. Colfax Avenue, Ste. 100      )
South Bend, IN 46601,                     )
    Plaintiff,              )
v.                                                          )
            )
HARRY E. SMITH,                           )
18358 COUNTY ROAD 80              )
FRAZEYBURG, OH 43822              )
    and                        )
COSHOCTON TRUCKING, INC,      )
441 CLOW LANE                            )
COSHOCTON, OH 43812               )
    Defendants.               )

## SUMMONS

### TO DEFENDANT HARRY E. SMITH

  You have been sued by the person(s) named "plaintiff" in the court stated above. The nature of the suit against you is stated in the complaint which is attached to this summons.  It also states the demand which the plaintiff has made and wants from you.

  You must answer the complaint, in writing, by you or your attorney, within twenty (20) days commencing the day after you receive this summons.  (You have twenty-three (23) days to answer if this summons was received by mail) or judgment will be entered against you for what the plaintiff has demanded. If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

### CLERK'S ISSUANCE

*Rita L. Glenn*

                      (Clerk)

DATE __11/5/2021__, 2021.   BY /s/ Linda Barnaby _____
                          (Deputy)

The following manner of service is hereby designated:
[ ] Registered Mail [XX ] Certified Mail [ ] By Sheriff

SEAL  ST. JOSEPH COUNTY  INDIANA

*ATTORNEYS for Plaintiff:*
Andrew B. Jones/JONES LAW OFFICE LLC/224 West Colfax Avenue, Suite 100/South Bend, Indiana 46601/574-239-7017

### ACKNOWLEDGEMENT OF SERVICE OF SUMMONS

A copy of the above summons and a copy of the Complaint attached thereto were received by me at __
_____this _____ day of _____ 2021.

_____
 Signature of Defendant

### RETURN OF SUMMONS
### CERTIFICATE OF MAILING
(If Applicable)

      I hereby certify that on the _____ day of _____, 2021, I mailed a copy of this summons and a copy of the complaint to each of the Defendant(s) _____ _____by (registered or certified) mail request a return receipt signed by the addressee only addressed to each of said Defendant(s) _____ _____ at the address(s) furnished by the Plaintiff.

DATED _____, 2021          _____
                                          CLERK

                    BY_____
                                          DEPUTY

### RETURN OF SERVICE OF SUMMONS BY MAIL

      I hereby certify that service of summons with return receipt requested was mailed on the ____ day of _____, 2021, and that a copy of return receipt was received on the _____ day of _____, 2021, which copy is attached herewith.

DATED _____, 2021          _____
                                            CLERK

                    BY_____
                                          DEPUTY

### CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL

      I hereby certify that on the _____ day of _____, 2021, mailed a copy of this summons and a copy of the complaint to the Defendant(s) _____ _____by (registered or certified) mail, and the same was returned without acceptance this _____ day of _____, 2020, and I did deliver said summons and copy of complaint to the Sheriff of St. Joseph County, Indiana.

DATED _____, 2021          _____
                                            CLERK

                    BY _____
                                          DEPUTY

**RETURN BY SHERIFF OR OTHER PERSON OF SUMMONS**

I hereby certify that I have served the within summons:

1. By delivering on the _____ day of _____, 2020 a copy of summons and a copy of the complaint to each of the following Defendant:_____

_____

2. By leaving on the _____ day of _____, 2020, for each of the within named Defendant(s):_____

_____a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with_____ a person of suitable age and discretion residing therein.

3. _____ and by mailing a copy of the summons without compliant to _____ at _____the last known address of Defendant(s).

4. This summons came to hand this _____ day of _____, 2020.

The within named _____

was not found in my bailiwick this _____ day of _____, 2021.

MILEAGE       $_____

FEES              $_____

TOTAL $_____

_____

SHERIFF   OF   ST.   JOSEPH   COUNTY,   IN

BY_____

| STATE OF INDIANA | ) | ST. JOSEPH CIRCUIT/SUPERIOR COURT |
| | ) SS: | |
| ST. JOSEPH COUNTY | ) | CAUSE NO. 71_____-2111-CT-_____ |

71D07-2111-CT-000404

LUCAS A. PACKER,                              )
c/o JONES LAW OFFICE LLC          )
224 W. Colfax Avenue, Ste. 100        )
South Bend, IN 46601,                        )
           Plaintiff,          )
v.                                                         )
                             )
HARRY E. SMITH,                              )
18358 COUNTY ROAD 80                 )
FRAZEYBURG, OH 43822               )
          and          )
COSHOCTON TRUCKING, INC,        )
441 CLOW LANE                               )
COSHOCTON, OH 43812                  )
          Defendants.          )

## SUMMONS

TO DEFENDANT COSHOCTON TRUCKING, INC.

      You have been sued by the person(s) named "plaintiff" in the court stated above. The nature of the suit against you is stated in the complaint which is attached to this summons.  It also states the demand which the plaintiff has made and wants from you.

      You must answer the complaint, in writing, by you or your attorney, within twenty (20) days commencing the day after you receive this summons.  (You have twenty-three (23) days to answer if this summons was received by mail) or judgment will be entered against you for what the plaintiff has demanded. If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

### CLERK'S ISSUANCE

*Rita L. Glenn*

DATE ___11/5/2021___, 2021.          BY /s/ Linda Barnaby

                                        (Clerk)

                                        (Deputy)

(ST. JOSEPH COUNTY SEAL INDIANA)

The following manner of service is hereby designated:
[  ] Registered Mail [XX  ] Certified Mail [  ] By Sheriff

*ATTORNEYS for Plaintiff:*

Andrew B. Jones/JONES LAW OFFICE LLC/224 West Colfax Avenue, Suite 100/South Bend, Indiana 46601/574-239-7017

## ACKNOWLEDGEMENT OF SERVICE OF SUMMONS

A copy of the above summons and a copy of the Complaint attached thereto were received by me at __ _____this _____ day of _____ 2021.

_____
 Signature of Defendant

### RETURN OF SUMMONS
### CERTIFICATE OF MAILING
(If Applicable)

I hereby certify that on the _____ day of _____, 2021, I mailed a copy of this summons and a copy of the complaint to each of the Defendant(s) _____ _____by (registered or certified) mail request a return receipt signed by the addressee only addressed to each of said Defendant(s) _____ _____ at the address(s) furnished by the Plaintiff.

DATED _____, 2021            _____
                                                                                CLERK

                    BY_____
                                                                                DEPUTY

### RETURN OF SERVICE OF SUMMONS BY MAIL

I hereby certify that service of summons with return receipt requested was mailed on the ____ day of _____, 2021, and that a copy of return receipt was received on the _____ day of _____, 2021, which copy is attached herewith.

DATED _____, 2021            _____
                                                                                CLERK

                    BY_____
                                                                                DEPUTY

### CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL

I hereby certify that on the _____ day of _____, 2021, mailed a copy of this summons and a copy of the complaint to the Defendant(s) _____ _____by (registered or certified) mail, and the same was returned without acceptance this _____ day of _____, 2020, and I did deliver said summons and copy of complaint to the Sheriff of St. Joseph County, Indiana.

DATED _____, 2021            _____
                                                                                CLERK

                    BY _____
                                                                                DEPUTY

### RETURN BY SHERIFF OR OTHER PERSON OF SUMMONS

I hereby certify that I have served the within summons:

1. By delivering on the _____ day of _____, 2020 a copy of summons and a copy of the complaint to each of the following Defendant:_____

_____

2. By leaving on the _____ day of _____, 2020, for each of the within named Defendant(s):_____

_____a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with_____ a person of suitable age and discretion residing therein.

3. _____ and by mailing a copy of the summons without compliant to _____ at _____the last known address of Defendant(s).

4. This summons came to hand this _____ day of _____, 2020.

The within named _____ was not found in my bailiwick this _____ day of _____, 2021.

MILEAGE    $_____
FEES          $_____
TOTAL $_____

_____
SHERIFF  OF  ST.  JOSEPH  COUNTY,  IN

BY_____

| STATE OF INDIANA | ) | ST. JOSEPH CIRCUIT/SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| ST. JOSEPH COUNTY | ) | CAUSE NO. 71_____-2111-CT-_____ |

71D07-2111-CT-000404

LUCAS A. PACKER,               )
c/o JONES LAW OFFICE LLC       )
224 W. Colfax Avenue, Ste. 100 )
South Bend, IN 46601,          )
            Plaintiff,         )
v.                             )
                               )
HARRY E. SMITH,                )
18358 COUNTY ROAD 80           )
FRAZEYBURG, OH 43822           )
        and                    )
COSHOCTON TRUCKING, INC,       )
441 CLOW LANE                  )
COSHOCTON, OH 43812            )
            Defendants.        )

## <u>APPEARANCE</u>

Party Classification:  Initiating:  _X_ Responding: _____ Intervening: _____

1.  The undersigned attorney(s) and all attorneys listed on this form now appear in this case for the following party member(s) as co-counsel:

    Plaintiff: LUCAS A. PACKER

2.  Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

    Andrew B. Jones, #29686-71
    JONES LAW OFFICE LLC
    224 West Colfax Avenue., Suite 100
    South Bend, IN 46601
    (574) 239-7017
    andrew@attorney-jones.com

3.  There are other party members:  No.

4.  If first initiating party filing this case, the Clerk is required to assign this case the following Case Type under Administrative Rule 8(b)(3):  CT

5. I will accept FAX service at the above noted number:  No.

6. This case involves support issues:  No.

7. There are related cases:  No.

8. This form has been served on all other parties.  Yes, along with the Summons and Complaint.

9. Additional information required by local rule:  None.

Respectfully Submitted,

**JONES LAW OFFICE LLC**

*/s/ Andrew B. Jones*
Andrew B. Jones (#29686-71)
224 West Colfax Ave.
Suite 100
South Bend, IN 46601
(574) 239-7017
andrew@attorney-jones.com

Filed: 12/23/2021 4:58 PM
St. Joseph Superior Court 7
St. Joseph County, Indiana

97785.66

STATE OF INDIANA                            IN THE ST. JOSEPH SUPERIOR COURT 7

COUNTY OF ST. JOSEPH                        SITTING AT SOUTH BEND

LUCAS A. PARKER

       Plaintiff(s),
vs.                                         CAUSE NO:  71D07-2111-CT-000404

HARRY E. SMITH AND
COSHOCTON TRUCKING, INC.

       Defendant(s).

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1.     The party on whose behalf this form is being filed is:  Responding
   The undersigned attorney and all attorneys listed on this form now appear in this case for
   the following parties:

   ### Coshocton Trucking and Harry E. Smith

2.     Attorney information for service as required by Trial Rule 5(B)(2):

   Thomas S. Ehrhardt          Atty Number:  18621-45
   KOPKA PINKUS DOLIN PC       Telephone: (219) 794-1888
   9801 Connecticut Drive      Facsimile: (219) 794-1892
   Crown Point, IN  46307      Email: TSEhrhardt@kopkalaw.com

   **IMPORTANT**:  Each attorney specified on this appearance:

   (a)     certifies that the contact information listed for him/her on the Indiana Supreme
   Court Roll of Attorneys is current and accurate as of the date of this Appearance;

   (b)     acknowledges that all orders, opinions, and notices from the court in this matter
   that are served under Trial Rule 86(G) will be sent to the attorney at the email
   address(es) specified by the attorney on the Roll of Attorneys regardless of the
   contact information listed above for the attorney; and

   (c)     understands that he/she is solely responsible for keeping his/her Roll of Attorneys
   contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

3.     This is a civil tort case type as defined in administrative Rule 8(B)(3).

4.      I will accept service by:
        Fax at the above noted number: NO
        Email at the above noted address: YES

5.      This case involves child support issues: NO

6.      This case involves a protection from abuse order, a workplace violence restraining order, or a no–contact order:  NO

7.      This case involves a petition for involuntary commitment: NO

8.      There are related cases: NO

9.      Additional information required by local rule: NONE

10.     There are other party members: NO

11.     This form has been served on all other parties and Certificate of Service is attached: YES

12.     Defendants, Coshocton Trucking and Harry E. Smith, respectfully demand a jury trial.

                                        Respectfully submitted,

                                        */s/Thomas S. Ehrhardt*
                                        Thomas S. Ehrhardt, (#18621-45)
                                        Attorney for Coshocton Trucking and Harry E. Smith

KOPKA PINKUS DOLIN PC
9801 Connecticut Drive
Crown Point, IN  46307
Tel:    (219) 794-1888
Fax:    (219) 794-1892
Email: TSEhrhardt@kopkalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of December, 2021, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

        Andrew B. Jones
        Jones Law Office LLC
        105 East Jefferson Blvd.
        Suite 800
        South Bend, IN  46601

                                        */s/Thomas S. Ehrhardt*
                                        Thomas S. Ehrhardt

97785.67

| | |
|---|---|
| STATE OF INDIANA | IN THE ST. JOSEPH SUPERIOR COURT 7 |
| COUNTY OF ST. JOSEPH | SITTING AT SOUTH BEND |

LUCAS A. PARKER
     Plaintiff(s),

vs.                                                                     CAUSE NO: 71D07-2111-CT-000404

HARRY E. SMITH AND
COSHOCTON TRUCKING, INC.
     Defendant(s).

## MOTION FOR ADDITIONAL TIME TO PLEAD
## OR OTHERWISE RESPOND

     Come now Defendants, Harry E. Smith and Coshocton Trucking, Inc., by counsel,

Thomas S. Ehrhardt and Kopka Pinkus Dolin PC, and respectfully requests an additional thirty

(30) days within which to answer or otherwise respond to the Plaintiff's complaint.

     Respectfully submitted,

     */s/Thomas S. Ehrhardt*
     Thomas S. Ehrhardt, (#18621-45)
     Attorney for Coshocton Trucking and Harry E.
     Smith

KOPKA PINKUS DOLIN PC
9801 Connecticut Drive
Crown Point, IN  46307
Tel:   (219) 794-1888
Fax:   (219) 794-1892
Email: TSEhrhardt@kopkalaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that on the 23rd day of December, 2021, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

     Andrew B. Jones
     Jones Law Office LLC
     105 East Jefferson Blvd.
     Suite 800
     South Bend, IN  46601

     */s/Thomas S. Ehrhardt*
     Thomas S. Ehrhardt

1

97785.68

STATE OF INDIANA

COUNTY OF ST. JOSEPH

LUCAS A. PARKER
     Plaintiff(s),

vs.

HARRY E. SMITH AND
COSHOCTON TRUCKING, INC.
     Defendant(s).

IN THE ST. JOSEPH SUPERIOR COURT 7

SITTING AT SOUTH BEND

CAUSE NO:  71D07-2111-CT-000404

**FILED**

January 3, 2022

ST. JOSEPH CIRCUIT & SUPERIOR COURT
MB

**O R D E R**

    Defendants, Harry E. Smith and Coshocton Trucking, Inc., file their Motion For Additional Time to Plead or Otherwise Respond.    The Court, having reviewed the Motion for Additional Time to Plead or Otherwise Respond hereby GRANTS same and ORDERS that Defendants file their responsive pleading on or before January 24, 2022.

    **SO ORDERED this** _____ **day of** __1/3/2022__, **20**____.



JUDGE, ST. JOSEPH SUPERIOR COURT

Distribution:
Thomas S. Ehrhardt
Andrew B. Jones

SEAL — ST. JOSEPH COUNTY INDIANA
MB

1

Filed: 1/24/2022 4:02 PM
St. Joseph Superior Court 7
St. Joseph County, Indiana

97785.89

STATE OF INDIANA                    IN THE ST. JOSEPH SUPERIOR COURT 7

COUNTY OF ST. JOSEPH                SITTING AT SOUTH BEND


LUCAS A. PARKER

     Plaintiff(s),

v.                                  CAUSE NO.: 71D07-2111-CT-000404

HARRY E. SMITH and
COSHOCTON TRUCKING, INC.
     Defendant(s).

## <u>DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT</u>

COME now the Defendants, Harry E. Smith and Coshocton Trucking, Inc., by counsel, Thomas S. Ehrhardt and Kopka Pinkus Dolin PC, and for their Answer to Plaintiff's Complaint, allege and say:

1.     Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 1 of Plaintiff's Complaint, and therefore denies same.

2.     Defendants admit the allegations contained in Paragraph 2 of Plaintiff's Complaint.

3.     Defendants admit the allegations contained in Paragraph 3 of Plaintiff's Complaint.

4.     Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 4 of Plaintiff's Complaint, and therefore denies same.

5.     Defendants deny the allegations contained Paragraph 5 of Plaintiff's Complaint.

6.     Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in Paragraph 6 of Plaintiff's Complaint, and therefore denies same.

7.     Defendants deny the allegations contained Paragraph 7 of Plaintiff's Complaint.

8.      Defendants deny the allegations contained Paragraph 8 of Plaintiff's Complaint.

WHEREFORE, Defendants, Harry E. Smith and Coshocton Trucking, Inc., by counsel, pray that the Plaintiff takes nothing by way of his Complaint, for judgment in favor of the Defendants, and for all other just and proper relief in the premises, including the costs of this action.

Respectfully submitted,

By:     *s/Thomas S. Ehrhardt*
        Thomas S. Ehrhardt(#18921-45)
        Attorney for the Defendants

## AFFIRMATIVE DEFENSES

Defendants,  Harry E. Smith and Coshocton Trucking, Inc., by counsel, Thomas S. Ehrhardt of the law firm Kopka Pinkus Dolin PC for their Affirmative Defenses to the Plaintiff's Complaint, allege and say:

1.      That any allegations contained in Plaintiff's Complaint not specifically admitted, denied or controverted, are now specifically denied.

2.      The Defendants hereby reserve the right to add additional affirmative defenses as they become known through the process of discovery or otherwise.

3.      The fault of Plaintiff, as defined in the Indiana Comparative Fault Act, I.C. 34-6-2-45 is greater than fifty (50%) percent of the total fault involved, and/or is greater than the fault of all persons whose fault proximately contributed to the claimant's damages, and therefore, Plaintiff's action are barred against the Defendants pursuant to I.C. 34-51-2-6, or in the alternative, the fault of the Plaintiff, as defined pursuant to state law, will proportionately diminish any sums, if at all, to be rendered to and in favor of the Plaintiff, as damages pursuant to the claim for relief asserted in the Complaint.

4.      Plaintiff failed to mitigate his damages.

5.      Plaintiff's Complaint fails to state a claim upon which relief can be granted.

WHEREFORE, Defendants, Harry E. Smith and Coshocton Trucking, Inc. by counsel, pray that the Plaintiff takes nothing by way of his Complaint, for judgment in favor of the Defendants, and for all other just and proper relief in the premises, including the costs of this action.

Respectfully submitted,


By:      *s/Thomas S. Ehrhardt*
         Thomas S. Ehrhardt(#18921-45)
         Attorney for the Defendants

## **JURY DEMAND**

The Defendant, Charles A. Gross, by and through his attorneys, Thomas S. Ehrhardt and Kopka Pinkus Dolin PC demands trial by jury as to all issues herein.

Respectfully Submitted,

KOPKA PINKUS DOLIN PC


By: *s/Thomas S. Ehrhardt*
    Thomas S. Ehrhardt (#18621-45)
    Attorney for Defendants

KOPKA PINKUS DOLIN PC
9801 Connecticut Drive
Crown Point, IN  46307
Tel: (219) 794-1888
Fax: (219) 794-1892
Email: TSEhrhardt@kopkalaw.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 24th day of January 2022, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I also certify that on the 24th day of January 2022, the foregoing document was served upon the following person(s) via IEFS.

Andrew B. Jones
Jones Law Office LLC
105 East Jefferson Blvd.
Suite 800
South Bend, IN  46601

*s/Charles F. Albrecht*
Charles F. Albrecht

97785.148

STATE OF INDIANA                              IN THE ST. JOSEPH SUPERIOR COURT 7

COUNTY OF ST. JOSEPH                          SITTING AT SOUTH BEND

LUCAS A. PARKER

       Plaintiff(s),

vs.                                           CAUSE NO:  71D07-2111-CT-000404

HARRY E. SMITH AND
COSHOCTON TRUCKING, INC.

       Defendant(s).

<u>**E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE**</u>

**This Appearance Form must be filed on behalf of every party in a civil case.**

1.     The party on whose behalf this form is being filed is:  Responding
      The undersigned attorney and all attorneys listed on this form now appear in this case for
      the following parties:

**Coshocton Trucking and Harry E. Smith**

2.     Attorney information for service as required by Trial Rule 5(B)(2):

      Ryan J. Schoffelmeer          Atty Number:  31499-64
      KOPKA PINKUS DOLIN PC      Telephone: (219) 794-1888
      9801 Connecticut Drive        Facsimile: (219) 794-1892
      Crown Point, IN  46307        Email: RJSchoffelmeer@kopkalaw.com

      **IMPORTANT**:  Each attorney specified on this appearance:

      (a)     certifies that the contact information listed for him/her on the Indiana Supreme
           Court Roll of Attorneys is current and accurate as of the date of this Appearance;

      (b)     acknowledges that all orders, opinions, and notices from the court in this matter
           that are served under Trial Rule 86(G) will be sent to the attorney at the email
           address(es) specified by the attorney on the Roll of Attorneys regardless of the
           contact information listed above for the attorney; and

      (c)     understands that he/she is solely responsible for keeping his/her Roll of Attorneys
           contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

3.     This is a civil tort case type as defined in administrative Rule 8(B)(3).

1

4.      I will accept service by:
        Fax at the above noted number: NO
        Email at the above noted address: YES

5.      This case involves child support issues: NO

6.      This case involves a protection from abuse order, a workplace violence restraining order, or a no–contact order:  NO

7.      This case involves a petition for involuntary commitment: NO

8.      There are related cases: NO

9.      Additional information required by local rule: NONE

10.     There are other party members: NO

11.     This form has been served on all other parties and Certificate of Service is attached: YES

12.     Defendants, Coshocton Trucking and Harry E. Smith, respectfully demand a jury trial.

                            Respectfully submitted,

                            */s/ Ryan J. Schoffelmeer*
                            Ryan J. Schoffelmeer (#31499-64)
                            Attorney for Coshocton Trucking and Harry E.
                            Smith

KOPKA PINKUS DOLIN PC
9801 Connecticut Drive
Crown Point, IN  46307
Tel:    (219) 794-1888
Fax:    (219) 794-1892
Email: RJSchoffelmeer@kopkalaw.com

## **CERTIFICATE OF SERVICE**

        I hereby certify that on the 3rd day of May, 2022, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Andrew B. Jones
Jones Law Office LLC
andrew@attorney-jones.com

                            *Ryan J. Schoffelmeer*